IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.

EDWARD ALEXANDER MILLER JR.

_____/

SEALED
INDICTMENT

4:20cr41-AW

THE GRAND JURY CHARGES:

COUNT ONE

On or about October 29, 2019, in the Northern District of Florida, the defendant,

**EDWARD ALEXANDER MILLER JR.**,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm in and affecting interstate and foreign commerce, that is:

1. a. On or about January 10, 1997, **EDWARD ALEXANDER MILLER JR.** was convicted in the State of Florida of Possession of Cocaine with Intent to Sell or Deliver;

   b. On or about January 29, 1998, **EDWARD ALEXANDER MILLER JR.** was convicted in the State of Florida of

Possession of a Controlled Substance and Battery on a Law Enforcement Officer;

c.  On or about February 4, 2003, **EDWARD ALEXANDER MILLER JR.** was convicted in the State of Florida of Possession of Cocaine;

d.  On or about March 1, 2004, **EDWARD ALEXANDER MILLER JR.** was convicted in the State of Florida, in case number 2004CF297A, of Possession of Cocaine with Intent to Sell or Deliver;

e.  On or about March 1, 2004, **EDWARD ALEXANDER MILLER JR.** was convicted in the State of Florida, in case number 2004CF480A, of Sale of Cocaine and Possession of Cocaine with Intent to Sell or Deliver;

f.  On or about September 11, 2006, **EDWARD ALEXANDER MILLER JR.** was convicted in the State of Florida of Sale or Possession of Cocaine with Intent to Sell within 1,000 Feet of a Church;

g.  On or about April 11, 2013, **EDWARD ALEXANDER MILLER JR.** was convicted in the State of Florida of

      Possession of Contraband at a County Detention Facility and

      Possession of Hydrocodone; and

  h.  On or about July 8, 2014, **EDWARD ALEXANDER MILLER JR.** was convicted in the State of Florida of Possession of Cocaine with Intent to Sell within 1,000 Feet of a Convenience Store and Tampering with Evidence.

2.  For each of these crimes, **EDWARD ALEXANDER MILLER JR.** was subject to punishment by a term of imprisonment exceeding one year.

3.  Thereafter, **EDWARD ALEXANDER MILLER JR.** did knowingly possess a firearm, to wit, a Springfield Armory model XD-S, 9 millimeter caliber pistol.

4.  This firearm had previously been transported in interstate and foreign commerce.

  In violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

## FIREARM FORFEITURE

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference. Because the defendant,

**EDWARD ALEXANDER MILLER JR.,**

in committing and attempting to commit a felony in violation of the laws of the United States, as charged in Count One of this Indictment, perpetrated in whole or

in part by the use of a firearm, did knowingly possess the firearm described above, any and all interest that this defendant has in the firearm involved in these violations is vested in the United States and hereby forfeited to the United States pursuant to Title 18, United States Code, Section 3665.

A TRUE BILL:

████████████████████████

8/4/2020
DATE

LAWRENCE KEEFE
United States Attorney

ANDREW J. GROGAN
Assistant United States Attorney