# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

v.  CASE NO. 4:20cr41-AW/MAF

**EDWARD ALEXANDER MILLER JR.**
_____/

## PETITION FOR WRIT OF HABEAS CORPUS
## AD PROSEQUENDUM

The United States of America respectfully shows unto the Court:

1. An Indictment is pending in this Court against **Edward Alexander Miller Jr.**, in the above styled case, and first appearance as to said defendant is to be set by the Court.

2. The defendant is now confined in the custody of the Sheriff, Leon County Jail, Tallahassee, Florida.

3. It is necessary to have said defendant before this Court for first appearance as aforesaid.

WHEREFORE, the United States of America PRAYS that this Honorable Court issue a writ of habeas corpus ad prosequendum, directing any United States ATF Agent to proceed to the aforesaid institution and take into custody the body of the said defendant and have him before this Court at the time and place above

specified for said proceedings and upon completion of said proceedings to return the defendant to the custody of the official in charge of the said defendant; and also directing the official in charge to deliver the defendant into the custody of any United States Marshal or his duly authorized representative for said proceedings.

Respectfully submitted on November 5,

LAWRENCE KEEFE
United States Attorney


*/s Andrew J. Grogan*
ANDREW J. GROGAN
Assistant United States Attorney
Florida Bar No. 85932
111 N. Adams Street, 4th Floor
Tallahassee, Florida 32301-7730
Telephone: (850) 942-8430
andrew.grogan@usdoj.gov